No. 99-41067
-1-

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41067
Conference Calendar

_____

TERRY ANTHONY SMITH,

                                        Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:99-CV-434
--------------------
April 12, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:*

     Terry Anthony Smith, federal inmate #04120-078, appeals the
district court's dismissal of his 28 U.S.C. § 2241 petition for
failure to exhaust administrative remedies.  Smith's motion for
appointment of counsel is DENIED.

     Smith has not identified any error in the district court's
analysis.  Rule 28(a)(9), Fed. R. App. P., "requires that the
appellant's argument contain the reasons he deserves the
requested relief with citation to the authorities, statutes and
parts of the record relied on."  *Yohey v. Collins*, 985 F.2d 222,

_____

     *  Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

225 (5th Cir. 1993) (internal quotation omitted). Because Smith does not address the district court's reasons for dismissing his § 2241 petition, he has abandoned the only issue on appeal. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); *Yohey*, 985 F.2d at 224-25.

AFFIRMED; MOTION DENIED.